CSD 1100 [12/01/16] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

Martin A. Eliopulos, Esq. (Bar No. 149299)

HIGGS FLETCHER & MACK LLP

401 West A Street, Suite 2600

San Diego, CA 92101

Tel: (619) 236-1551

Fax: (619) 696-1410

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Family Mortgage Options, LLC dba Family Foreclosure Rescue

BANKRUPTCY NO. 17-04302-CL7

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☒ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt for Individuals
- ☒ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - ☒ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
  - ☒ Correcting or deleting other information. See instructions on reverse side.
- ☒ Schedule of Executory Contracts & Expired Leases
- ☒ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☒ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated:  August 11, 2017

Signature  Martin A. Eliopulos
Attorney for Debtor

CSD 1100


American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 1100 (Page 2 of 3) [12/01/16]

## DECLARATION OF DEBTOR

I [We] Steven DeuPree_____ and _____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _____ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: August 11, 2017

Steven DeuPree_____

_____          _____
*Debtor                                              *Joint Debtor

* If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.

   1.  Before each entry, specify the purpose of the amendment by inserting:

      a.  "ADDED," if the information was missing from the previous document filed; or

      b.  "CORRECTED," if the information modifies previously listed information; or

      c.  "DELETED," if previously listed information is to be removed.

   2.  At the bottom of each page, insert the word "AMENDED."

   3.  Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.

B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**

**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On August 11, 2017_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒    Chapter 7 Trustee: Ronald E. Stadtmueller

☒    For Chpt. 7, 11, & 12 cases:   ☐  For ODD numbered Chapter 13 cases:   ☐  For EVEN numbered Chapter 13 cases:

      UNITED STATES TRUSTEE      THOMAS H. BILLINGSLEA, JR., TRUSTEE    DAVID L. SKELTON, TRUSTEE
      ustp.region15@usdoj.gov      Billingslea@thb.coxatwork.com      admin@ch13.sdcoxmail.com
                                                          dskelton13@ecf.epiqsystems.com


American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 1100 (Page 3 of 3) [12/01/16]

2.      **Served by United States Mail or Overnight Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3.      **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   August 11, 2017                          Barbara Lodovice _____
                        (Date)                                     (Typed Name and Signature)

                                                        401 West A Street, Suite 2600
                                                        (Address)

                                                        San Diego, CA 92101
                                                        (City, State, ZIP Code)


American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 1100

8/11/17  3:35PM

**Fill in this information to identify the case:**

Debtor name __**Family Mortgage Options, LLC dba Family Foreclosure Rescue**__

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF CALIFORNIA___

Case number (if known) ___17-04302-CL7___

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■  Amended *Schedule*     A/B, E/F, G, H
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**August 11, 2017**__          X /s/ Steven DeuPree
                                                                            Signature of individual signing on behalf of debtor

                                                                            **Steven DeuPree**
                                                                            Printed name

                                                                            **Manager, AEH Mgt., LLC, GP of Advanced Equity Holdings LP**
                                                                            Position or relationship to debtor

8/10/17 5:29PM

---

**Fill in this information to identify the case:**

Debtor name    **Family Mortgage Options, LLC dba Family Foreclosure Rescue**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    17-04302-CL7

☑ Check if this is an amended filing

---

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Checking Account: Charles Schwab**<br>**Acct # 12316813** | | | $0.02 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**                    $0.02
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

8/10/17  5:29PM

| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** | Case number *(If known)* | 17-04302-CL7 |
|---|---|---|---|
| | Name | | |

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

ADDED

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Pitney Bowes stamp machine
Kinoca Minolta copier bizhub c224e

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

ADDED

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.
Commercial lease for premises located at 8989 Rio San Diego Drive #327, San Diego, CA 92108

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

8/10/17  5:29PM

Debtor    **Family Mortgage Options, LLC dba Family**
          **Foreclosure Rescue**                                  Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.02 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

8/11/17  1:17PM

**Fill in this information to identify the case:**

Debtor name  **Family Mortgage Options, LLC dba Family Foreclosure Rescue**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  17-04302-CL7

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board
Chief Counsel, General Counsel
MS A260, PO Box 1720
Rancho Cordova, CA 95741-1720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**04/15/2016**

Basis for the claim:
**Tax Year 2016 Minimum Payment and LLC Fees.
Tax Year 2017 Minimum Payment and LLC Fees.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

8/11/17 1:17PM

| | |
|---|---|
| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** |
| | Case number (if known) _____ |

CORRECTED

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,669.33 |
|---|---|---|---|

**Bonifacio Jr. & Elizabeth Alip**
**611 South Pacific Drive**
**Fullerton, CA 92833**

Date(s) debt was incurred **10/5/16**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Equity Purchase Agreement**

Is the claim subject to offset? ■ No ☐ Yes

CORRECTED

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Brigid K. O'Brien**
**c/o Robert S. Valentine, Esq.**
**1334 Park View Ave, Ste. 100**
**Manhattan Beach, CA 90266-3788**

Date(s) debt was incurred _4/2016

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Stipulated judgment**

Is the claim subject to offset? ■ No ☐ Yes

CORRECTED

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Capstone Global Investment LLC**
**8989 Rio San Diego Dr.**
**Suite 327**
**San Diego, CA 92108**

Date(s) debt was incurred **5/6/14**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

CORRECTED

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel L. Teckenoff**
**Angela Palm Bagdanov**
**401 West A St., Ste 1880**
**San Diego, CA 92101-7922**

Date(s) debt was incurred **5/7/15**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Equity Purchase Agreement**

Is the claim subject to offset? ■ No ☐ Yes

CORRECTED

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|

**EGB Group**
**c/o Willam R. Larr, Esq.**
**707 Wilshire Blvd., Ste 4000**
**Los Angeles, CA 90017-3623**

Date(s) debt was incurred _4/2013

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **Indemnity claim**

Is the claim subject to offset? ■ No ☐ Yes

CORRECTED

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,909.76 |
|---|---|---|---|

**Gregory Bateman**
**13348 January Court**
**Corona, CA 92879**

Date(s) debt was incurred **12/22/15**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Equity Purchase Agreement**

Is the claim subject to offset? ■ No ☐ Yes

CORRECTED

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Konica Minolta Premier Finance**
**1111 Old Eagle School Rd.**
**Wayne, PA 19087-1453**

Date(s) debt was incurred **7/24/14**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Equipment Lease Agreement**

Is the claim subject to offset? ■ No ☐ Yes

8/11/17 1:17PM

Debtor **Family Mortgage Options, LLC dba Family Foreclosure Rescue**                    Case number (if known) _____

Name

CORRECTED

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Miguel Lopez
1512 Dunn Ave.
Los Angeles, CA 90063

☐ Contingent — ■ Contingent
☐ Unliquidated — ■ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/25/14**

Basis for the claim:  **Equity Purchase Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

CORRECTED

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,569.09** |

Nancy Hickman
333-F North Melrose Dr.
Vista, CA 92083

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/15/16**

Basis for the claim:  **Equity Purchase Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

CORRECTED

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Pitney Bowes
2225 American Dr.
Neenah, WI 54956-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/20/16**

Basis for the claim:  **Postage meter lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

CORRECTED

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |

Raymond Guiterrez
c/o Anthony A. Sears, Esq.
2350 N. San Gabriel Canyon Rd.
Azusa, CA 91702

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Indemnity claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

CORRECTED

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Rudy C. Baez
402 N. La Luna Ave.
Ojai, CA 93023

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/25/14**

Basis for the claim:  **Equity Purchase Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

CORRECTED

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | est. **$12,000.00** |

Save Your Home Protect Your Eq
6368 Chestnut Hill
Virginia Beach, VA 23464

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

Basis for the claim:  **Sales/marketing contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800,000.00** |

Steven DeuPree
9255 Town Center Drive; # 500
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008**

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

8/11/17  1:17PM

| Debtor | Family Mortgage Options, LLC dba Family Foreclosure Rescue | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**CORRECTED**

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,885.24 |
| --- | --- | --- | --- |

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008-present**

Basis for the claim:  **Retain for entity matters and various lawsuits**

Last 4 digits of account number  **4900**

Is the claim subject to offset? ■ No ☐ Yes

**CORRECTED**

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,758.09 |
| --- | --- | --- | --- |

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2016-present**

Basis for the claim:  **Retained for lawsuit FMO adv Gutierrez**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No ☐ Yes

**CORRECTED**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,305.31 |
| --- | --- | --- | --- |

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2016-present**

Basis for the claim:  **Retained for lawsuit FMO adv Lopez**

Last 4 digits of account number  **9700**

Is the claim subject to offset? ■ No ☐ Yes

**CORRECTED**

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,281.13 |
| --- | --- | --- | --- |

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2016-present**

Basis for the claim:  **Retained for lawsuit FMO adv Person**

Last 4 digits of account number  **3600**

Is the claim subject to offset? ■ No ☐ Yes

**CORRECTED**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,895.94 |
| --- | --- | --- | --- |

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2014-present**

Basis for the claim:  **Retained for lawsuit FMO adv Prisk**

Last 4 digits of account number  **0500**

Is the claim subject to offset? ■ No ☐ Yes

**CORRECTED**

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,196.44 |
| --- | --- | --- | --- |

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2014-present**

Basis for the claim:  **Retained for lawsuit FMO adv Weaver**

Last 4 digits of account number  **1200**

Is the claim subject to offset? ■ No ☐ Yes

**CORRECTED**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.43 |
| --- | --- | --- | --- |

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015-present**

Basis for the claim:  **Retained for lawsuit FMO, LLC adv Zivec Const**

Last 4 digits of account number  **8200**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

8/11/17  1:17PM

| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** | Case number (if known) |
|--------|---|---|

**CORRECTED**

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,734.49 |
|---|---|---|---|

Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/2014-present**

Basis for the claim: **Retained for lawsuit FMO,LLC-Pacheco adv O'Brien (on-going)**

Last 4 digits of account number **3500**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Anthony A. Sears, Esq.<br>2350 N. San Gabriel Canyon Rd.<br>Azusa, CA 91702 | Line **3.11**<br>☐ Not listed. Explain _____ | — |
| **ADDED**<br>4.2 | Caine & Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | Line **3.10**<br>☐ Not listed. Explain _____ | — |
| 4.3 | Robert S. Valentine, Esq.<br>1334 Park View Ave., Ste. 100<br>Manhattan Beach, CA 90266-3788 | Line **3.2**<br>☐ Not listed. Explain _____ | — |
| 4.4 | William R. Larr, Esq.<br>Anderson, McPharlin & Conners<br>707 Wilshire Blvd., Ste 4000<br>Los Angeles, CA 90017-3623 | Line **3.5**<br>☐ Not listed. Explain _____ | — |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $      6,600.00 |
| 5b. Total claims from Part 2 | 5b.  + | $   2,176,385.25 |
| 5c. Total of Parts 1 and 2<br>        Lines 5a + 5b = 5c. | 5c. | $   2,182,985.25 |

---

8/10/17  5:36PM

**Fill in this information to identify the case:**

Debtor name    **Family Mortgage Options, LLC dba Family Foreclosure Rescue**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    17-04302-CL7

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

CORRECTED
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Copy machine lease Lessee | |
|---|---|---|---|
| | State the term remaining | 60 months (7/2014 - 6/2019) | **Konica Minolta Premier Finance** |
| | List the contract number of any government contract | | **1111 Old Eagle School Rd.** **Wayne, PA 19087-1453** |

CORRECTED
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Stamp machine lease Lessee | |
|---|---|---|---|
| | State the term remaining | 12 months (4/2016 - 3/2017) | **Pitney Bowes** |
| | List the contract number of any government contract | | **2225 American Dr.** **Neenah, WI 54956-1005** |

CORRECTED
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Lessee | |
|---|---|---|---|
| | State the term remaining | 3/1/06 - 7/31/2021 | **Silver Creek, LLC** |
| | List the contract number of any government contract | | **PO Box 675431** **Rancho Santa Fe, CA 92067** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

8/11/17 11:04AM

**Fill in this information to identify the case:**

Debtor name   **Family Mortgage Options, LLC dba Family Foreclosure Rescue**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   17-04302-CL7

■ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| CORRECTED | | | |
| 2.1   **Steve DeuPree** | **9255 Towne Centre Dr. Suite 500 San Diego, CA 92121-3038** | **Silver Creek, LLC** | ☐ D _____ ☐ E/F _____ ☒ G _____ |

8/11/17 12:12PM

---

**Fill in this information to identify the case:**

Debtor name  **Family Mortgage Options, LLC dba Family Foreclosure Rescue**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  17-04302-CL7

☑ Check if this is an amended filing

---

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other | $1,529,000.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other | $1,360,328.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
|  |  |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
|  |  |  |  |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

8/11/17 12:12PM

| Debtor | Family Mortgage Options, LLC dba Family Foreclosure Rescue | Case number *(if known)* | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Steven DeuPree<br><br>Manager | 2016-2017 | $54,510.00 | Repayment of loan |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Capstone Properties I, Inc.<br>8989 Rio San Diego Drive #327<br>San Diego, CA 92108 | 4720 Panorama Drive, San Diego CA 92117 | April 20, 2017 | $1,100,000.00 |
| Capstone Properties I, Inc.<br>8989 Rio San Diego Drive #327<br>San Diego, CA 92108 | 1512 Dunn Avenue, Los Angeles CA 90063 | April 20, 2017 | $465,000.00 |
| Capstone Properties I, Inc.<br>8989 Rio San Diego Drive #327<br>San Diego, CA 92108 | 402 N. La Luna, Avenue, Los Angeles CA 93023 | April 20, 2017 | $580,000.00 |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

ADDED

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Zivec Construction v. EGB Group et al<br>YC069691 | Los Angeles Superior Court<br>275 Magnolia Street<br>Long Beach, CA 90802 | Real Property Rights | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8/11/17 12:12PM

| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** | Case number *(if known)* |
|---|---|---|

**ADDED**

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **O'Brien v. Family Mortgage Option et al**<br>**YC069066** | **Los Angeles Superior Court**<br>**275 Magnolia Street**<br>**Long Beach, CA 90802** | **Quiet Title** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**ADDED**

| | | | |
|---|---|---|---|
| **Gutierrez v. DeuPree**<br>**YC071241** | **Los Angeles Superior Court**<br>**275 Magnolia Street**<br>**Long Beach, CA 90802** | **Real Property Rights case** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Higgs Fletcher & Mack LLP**<br>**401 West A Street Suite 2600**<br>**San Diego, CA 92101** | **Attorney Fees** | **July 18, 2017** | **$7,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**Advanced Equity Holdings LP**<br>**Sole Member of Debtor** | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

8/11/17 12:12PM

| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** | Case number *(if known)* | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.
**CORRECTED**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Scott Cairncross** 5161 Santa Fe St. #A&B San Diego, CA 92109 | **2012 Hyundai Accent** | **June 2017** | **$9,000.00** |
| | Relationship to debtor **Acquaintance of owner** | | | |
| **ADDED** | | | | |
| 13.2 | **Capstone Properties I, Inc.** 8989 Rio San Diego Drive, #327 San Diego, CA 92108 | **Deed in lieu of foreclosure on three properties subject ot Equity Purchase Agreement** | **April 2017** | **$2,145,000.00** |
| | Relationship to debtor **Acquaintance of owner** | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

**ADDED**
☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 501 West Broadway #2040 San Diego, CA 92101 | January 2013 - January 2016 |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

8/11/17 12:12PM

| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** | Case number *(if known)* |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- [✓] No.
- [ ] Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- [✓] No. Go to Part 10.
- [ ] Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- [ ] None

|  | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** | **XXXX-9475** | [✓] Checking<br>[ ] Savings<br>[ ] Money Market<br>[ ] Brokerage<br>[ ] Other___ | **April 25, 2017** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- [✓] None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- [✓] None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

- [✓] None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

8/11/17 12:12PM

| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** | Case number *(if known)* | |

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
DELETED

- ☑ No.
- ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ☑ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| CORRECTED<br>Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Steven Woodland**<br>8989 Rio San Diego Drive, #327<br>San Diego, CA 92108 | **January 2017-<br>present** |
| CORRECTED<br>26a.2.  **Jeff Coon**<br>8989 Rio San Diego Drive, #327<br>San Diego, CA 92108 | **October 2014-<br>January 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ☑ None

8/11/17 12:12PM

| Debtor | Family Mortgage Options, LLC dba Family Foreclosure Rescue | Case number *(if known)* | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

CORRECTED

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Advance Equity Holdings, LP | 9255 Towne Centre Drive Suite 500 San Diego, CA 92121-3038 | Sole Member | Sole Member |

CORRECTED

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven DeuPree | 9255 Towne Centre Drive Suite 500 San Diego, CA 92121-3038 | Manager | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

CORRECTED

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** **Steven DeuPree** 9255 Towne Centre Drive Suite 500 San Diego, CA 92121-3038 | $54,510.00 | 2016-2017 | Repayment of loans |
| **Relationship to debtor** Manager | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

8/11/17 12:12PM

| | |
|---|---|
| Debtor | **Family Mortgage Options, LLC dba Family Foreclosure Rescue** |

Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

     **WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2017**

| | |
|---|---|
| **/s/ Steven DeuPree** | **Steven DeuPree** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Manager, AEH Mgt., LLC, GP of Advanced Equity Holdings LP**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Anthony A. Sears, Esq.
2350 N. San Gabriel Canyon Rd.
Azusa, CA 91702


Bonifacio Jr. & Elizabeth Alip
611 South Pacific Drive
Fullerton, CA 92833


Brigid K. O'Brien
c/o Robert S. Valentine, Esq.
1334 Park View Ave, Ste. 100
Manhattan Beach, CA 90266-3788


Caine & Weiner
21210 Erwin Street
Woodland Hills, CA 91367


Capstone Global Investment LLC
8989 Rio San Diego Dr.
Suite 327
San Diego, CA 92108


Capstone Properties I, Inc.
8989 Rio San Diego Drive #327
San Diego, CA 92108


Daniel L. Teckenoff
Angela Palm Bagdanov
401 West A St., Ste 1880
San Diego, CA 92101-7922


EGB Group
c/o Willam R. Larr, Esq.
707 Wilshire Blvd., Ste 4000
Los Angeles, CA 90017-3623

Franchise Tax Board
Chief Counsel, General Counsel
MS A260, PO Box 1720
Rancho Cordova, CA 95741-1720


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Gregory Bateman
13348 January Court
Corona, CA 92879


Konica Minolta Premier Finance
1111 Old Eagle School Rd.
Wayne, PA 19087-1453


Miguel Lopez
1512 Dunn Ave.
Los Angeles, CA 90063


Nancy Hickman
333-F North Melrose Dr.
Vista, CA 92083


Pitney Bowes
2225 American Dr.
Neenah, WI 54956-1005


Raymond Guiterrez
c/o Anthony A. Sears, Esq.
2350 N. San Gabriel Canyon Rd.
Azusa, CA 91702


Robert S. Valentine, Esq.
1334 Park View Ave., Ste. 100
Manhattan Beach, CA 90266-3788

Rudy C. Baez
402 N. La Luna Ave.
Ojai, CA 93023


Save Your Home Protect Your Eq
6368 Chestnut Hill
Virginia Beach, VA 23464


Silver Creek, LLC
PO Box 675431
Rancho Santa Fe, CA 92067


Steve DeuPree
9255 Towne Centre Dr.
Suite 500
San Diego, CA 92121-3038


Steven DeuPree
9255 Town Center Drive; # 500
San Diego, CA 92121


Teeple Hall, LLP
9255 Towne Centre Dr.
Suite 500
San Diego, CA 92121-3038


Teeple Hall, LLP
9255 Towne Centre Drive
Suite 500
San Diego, CA 92121-3038


William R. Larr, Esq.
Anderson, McPharlin & Conners
707 Wilshire Blvd., Ste 4000
Los Angeles, CA 90017-3623