CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

DARLENE C. VIGIL, SBN 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD, SUITE 300
DIAMOND BAR, CA 91765
P. (626) 915-5714, F. (972) 661-7726, E-mail:
sdcaecf@BDFGroup.com FILE NO. 7566656

Order Entered on June 22, 2018 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Family Mortgage Options, LLC dba Family Foreclosure Rescue,
                                                        Debtor.

BANKRUPTCY NO. 17-04302-CL7

Wells Fargo Bank, N.A.,
                                                  Moving Party

RS NO. EAT-2

Family Mortgage Options, LLC dba Family Foreclosure Rescue,
Ronald E. Stadtmueller, Trustee, Rudy C. Baez, Omar Sevilla,
Capstone Properties I, Inc.,           Respondent(s)

## ORDER ON NONCONTESTED AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY   ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __6__ pages, is granted. Amended Motion Docket Entry No. __49__

//
//
//
//

DATED: June 22, 2018

_/s/ Louise DeCarl Adler_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
(Firm name)

By: Darlene C. Vigil  /s/ Darlene C. Vigil
    Attorney for Movant

CSD 1162

`CSD 1162` [08/22/03] (Page 2)
ORDER ON NON-CONTESTED Amended MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY
DEBTOR: Family Mortgage Options, LLC dba Family Foreclosure Rescue,    CASE NO: 17-04302-CL7
RS NO.: EAT-2

The Amended Motion of Wells Fargo Bank, N.A.,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 5/24/2018, and

The Notice of Filing of an Amended Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A
OR Notice Docket Entry No. 50, if filed electronically), the Motion, and accompanying Declarations having been served

upon the parties named below on 5/24/2018, and

- ✓ Debtor *(Name)*: Family Mortgage Options, LLC dba Family Foreclosure Rescue,
- ✓ Debtor's Attorney *(Name)*: Martin A. Eliopulos & Paul J. Leeds
- ✓ Trustee *(Name)*: Ronald E. Stadtmueller
- ✓ United States Trustee (in Chapter 11 & 12 cases), and
- ✓ Others, if any *(Name)*:
  Rudy C. Baez, Omar Sevilla, and Capstone Properties I, Inc.,

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ✓ The following real property:

   a. Street address of the property including county and state:

   402 North La Luna Ave., Ojai, CA 93023-1538
   (Ventura County)

   b. Legal description is ✓ attached as Exhibit B or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:
That the Order Granting Motion for Relief from the Automatic Stay be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

`CSD 1162`

Signed by Judge Louise DeCarl Adler June 22, 2018

**Exhibit "A"**

Real property in the unincorporated area of the County of Ventura, State of California, described as follows:

LOT 16 OF BLOCK "J" OF MEINERS OJAI OAKS SUBDIVISION NO. 3, IN THE CITY OF VENTURA, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 13, PAGE 55 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ALSO THAT PORTION OF LOT 17 OF SAID BLOCK "J", LYING NORTHWESTERLY OF THE SOUTHWESTERLY PROLONGATION OF THE SOUTHEAST LINE OF SAID LOT 16.

APN: 017-0-051-140

**EXHIBIT B**

CSD 1185 [05/19/17] Name, Address, Telephone No. & I.D. No.

DARLENE C. VIGIL - CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
File No.: 00000007566656
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: sdcaecf@BDFGroup.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Family Mortgage Options, LLC dba Family Foreclosure Rescue,
                                                                Debtor.

BANKRUPTCY NO. 17-04302-CL7

Wells Fargo Bank, N.A.,
                                                                Moving Party

RS NO. EAT-2

Family Mortgage Options, LLC dba Family Foreclosure Rescue, Ronald E. Stadtmueller, Trustee, Rudy C. Baez, Capstone Properties I,Inc., and Omar Sevilla
                                                                Respondent(s)

# AMENDED NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE ABOVE NAMED RESPONDENT(S)[1]:

**You are hereby notified** that a Motion for Relief from the Automatic Stay provided by § 362 of the Bankruptcy Code has been filed. If you object to the Court granting relief from the automatic stay as requested in the Motion, **you must, within 11[2] days following the date of service of this notice of motion on you**:

1. Obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number contains the letters:

   - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
   - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
   - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
   - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

2. File with the Clerk of the Bankruptcy Court, at the address shown above, the original and one copy of:
   (a) an **"Opposition to Motion"**[2] (for real or personal property, use Form CSD 1161 of this Court);
   (b) a **"Declaration in Opposition to the Motion"**[2]; and
   (c) a separate **"Request and Notice of Hearing on Motion**," using Form CSD 1186 of this Court (this form may be obtained from the Office of the Clerk);

3. Serve a copy of these documents on the [Attorney for the] Moving Party named in the upper left hand corner.

4. Serve a copy of these documents on each of the additional parties as required by LBR 4001-3.

**If you fail to file with the clerk and serve on the moving party your request for hearing and the declaration in opposition to motion within the 11-day[2] period provided by this motion, the court may grant the moving party relief from the automatic stay without further notice to you or a hearing.**

Dated: 05/24/2018

                                                DARLENE C. VIGIL        /s/ DARLENE C. VIGIL
                                                [Attorney for] Moving Party

**All pleadings related to this particular RS action must contain the above caption.**

[1]LBR 4001-2, printed on the reverse side, governs service of this notice.

[2]Depending on how you were served, you may have additional time for response. See FRBP 9006. Instructions for the Respondent and the date of service of this notice indicated in the Certificate of Service are printed on the reverse side.

CSD 1185                                                                                                          [Continued on Page 2]

Signed by Judge Louise DeCarl Adler June 22, 2018

CSD 1185 (Page 2) [05/19/17]

1. **All pleadings related to this particular RS action must contain the above caption.**
2. **Instruction to Respondent**: If you file a "Declaration in Opposition to the Motion," it must be signed by the respondent under oath; and
   (1) identify the interest of the respondent in the property;
   (2) state with particularity the grounds for the opposition;
   (3) if respondent is the debtor or the trustee, state the provable value of the property specified in the Motion and the amount of equity which would be realized by the debtor after deduction of all encumbrances; and
   (4) contain a statement as to competence of the declarant and the foundation for any opinion.
3. **Instructions to Moving Party**: LBR 4001-2 provides that:
   "(a) A motion for stay relief . . . must:
      "(1) name the debtor, co-debtors, and the trustee, as respondents;
      "(2) state with particularity the relief or order sought and the grounds for such relief or order;
      "(3) state the status of any pending foreclosure, repossession, or unlawful detainer proceeding;
      "(4) if the motion is filed in a chapter 11 or 13 case and if nonpayment of any post-Petition payment is a ground for relief, provide an accounting of each post-Petition payment received, the amount and date received, and date posted to the account;
      "(5) where the value of an asset is relevant, provide admissible evidence of value and any known encumbrances; and
      "(6) if the motion is brought for cause, provide admissible evidence of the specific facts that constitute such cause."
   "(b) Service. The Movant must serve the motion, together with Local Form CSD 1185, on the debtor, co-debtor, any counsel for the debtor, the trustee, and other Entities or Individuals entitled to receive notice of default or notice of sale under applicable non-bankruptcy law governing foreclosure of real or personal property which is the subject of the motion."

** Motions filed **after** the case is closed are not entitled to a refund of fees.**

[The Certification of Service must accompany the Notice of Motion printed on the reverse and any motion for entry of a default order pursuant to LBR 4001-5(a).]

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:
That I am, and at all relevant times was, more than 18 years of age;

That on __24th__ day of ____May____, 20 __18__ [**Date of Service**[3]], I served a true copy of this AMENDED NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY, together with a copy of the Motion for Relief from Stay and [describe any other papers]:
Declaration in support of Motion for Relief from Automatic Stay and Exhibits in support of Movant's Motion for Relief from Automatic Stay

by [describe mode of service]:
1st Class U.S. Mail

on the following persons [set forth name and address of each person served] and/or as checked below:

☑ Attorney for Debtor (or Debtor), if required:

See Attached Service List.

☐ For Chpt. 11 & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
880 Front Street, Suite 3230
San Diego, CA 92101-8897

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
401 West A Street, Suite 1680
San Diego, CA 92101

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 B Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  05/24/2018
              (Date)

DARLENE C. VIGIL     /s/ DARLENE C. VIGIL
(Typed Name and Signature)

20955 PATHFINDER ROAD, SUITE 300
(Address)

DIAMOND BAR, CA 91765
(City, State, ZIP Code)

[3]This **Date of Service** commences the time period for responding to Motion.
CSD 1185

Signed by Judge Louise DeCarl Adler June 22, 2018

CSD 1185   (Page 3)

# SERVICE LIST

**DEBTOR:**
FAMILY MORTGAGE OPTIONS LLC DBA FAMILY FORECLOSURE
8989 RIO SAN DIEGO DR #327
SAN DIEGO, CA 92108

FAMILY MORTGAGE OPTIONS LLC DBA FAMILY FORECLOSURE
402 NORTH LA LUNA AVE
OJAI, CA 93023-1538

**ATTORNEY FOR DEBTOR:**
MARTIN A ELIOPULOS
HIGGS, FLETCHER & MACK LLP
401 WEST A STREET, SUITE 2600
SAN DIEGO, CA 92101

PAUL J LEEDS
HIGGS, FLETCHER & MACK LLP
401 WEST A STREET, SUITE 2600
SAN DIEGO, CA 92101

**TRUSTEE:**
RONALD E. STADTMUELLER
10755 SCRIPPS POWAY PKWY, #370
SAN DIEGO, CA 92131

**UNITED STATES TRUSTEE:**
OFFICE OF THE U.S. TRUSTEE
880 FRONT STREET
SUITE 3230
SAN DIEGO, CA 92101

**MORTGAGORS:**
RUDY C BAEZ
402 NORTH LA LUNA AVE
OJAI, CA 93023-1538

**PARTIES IN INTEREST:**
CAPSTONE PROPERTIES I, INC.
8989 RIO SAN DIEGO DRIVE, SUITE #327
SAN DIEGO, CA 92108

CAPSTONE PROPERTIES I, INC.
402 NORTH LA LUNA AVE
OJAI, CA 93023-1538

OMAR SEVILLA
C/O ATTENTION: FAMILY MORTGAGE OPTIONS, LLC
DBA FAMILY FORECLOSURE RESCUE
501 W. BROADWAY, SUITE #2040
SAN DIEGO, CA 92101

Signed by Judge Louise DeCarl Adler June 22, 2018